### Bob Young v. The State.

No. 8916. Decided November 5, 1924.

No motion for rehearing filed.

**Assault to Murder.**

No statement of facts, nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the Criminal District Court No. 2, of Dallas County. Tried below before the Hon. Chas. A. Pippin, Judge.

Appeal from a conviction of assault to murder; penalty, four years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is assault to murder; punishment fixed at confinement in the penitentiary for a period of four years.

The indictment is regular. No facts are presented, and no error is complained of by bill of exceptions.

The judgment is affirmed.

*Affirmed.*